IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HORACE R. THERIOT, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv688-MHT |
| | ) | (WO) |
| THE NORTHWESTERN MUTUAL | ) | |
| LIFE INSURANCE COMPANY; | ) | |
| and STANDARD INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motions to dismiss (doc. nos. 7 & 8) are denied as moot in light of the filing of the amended complaint (doc. no. 13).

DONE, this the 22nd day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**